IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LAMAI GOFF                                                                                                    PLAINTIFF

vs.                                           Civil No. 2:18-cv-02025

NANCY A. BERRYHILL                                                                                DEFENDANT
Acting Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the 10th day of January 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE